UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JENNA LEIGH ANN KESSINGER f/k/a ASHBY, f/k/a ROBERTS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:22-cv-00004-TWP-KMB ) |
| KILOLO KIJAKAZI, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 3/7/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Erin Leigh Brechtelsbauer
Social Security Administration
erin.brechtelsbauer@ssa.gov

Christopher M. Harrell
chris@harrell-law.com

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov